UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br>One 9 caliber pistol, unknown manufacturer,<br>no serial number, and one 9 caliber round of<br>CBC Brazilian Cartridge Co. ammunition,<br>Seized on November 3, 2023 | )  **FILED UNDER SEAL AND**<br>)  *EX PARTE*<br>)<br>)  Misc. No.<br>) |

**UNITED STATES' MOTION TO SEAL CASE FILE AND DOCKET ENTRIES**

Pursuant to Local Rule 83.12(c), the United States of America requests that all filings and orders in the above captioned case, including this Motion to Seal Case File and Docket Test Entries, be sealed at level II for 60 days until April 1, 2024.

In support thereof, the United States states as follows:

1. The United States avers that public disclosure of facts stated in the United States' *Ex Parte* Application and the attached Declaration and Certification would jeopardize the ongoing federal criminal investigation and potentially cause the potential claimant to flee from prosecution.

2. To protect the integrity of the criminal investigation, it is necessary for all filings, orders and docket entries in the above-captioned case, including this Motion to Seal Case File and Docket Entries, be sealed at Level II to April 1, 2024.

3. Due to the nature of this motion, no memorandum of law is necessary.

4. For the reasons stated herein, the United States respectfully requests that the Court seal the case file and all filings, docket entries, and orders at Level II to April 1, 2024.

                                              Respectfully Submitted,

                                              JANE E. YOUNG
                                              United States Attorney

Dated:  January 30, 2024          By:   /s/ Robert J. Rabuck
                                              Robert J. Rabuck
                                              NH Bar # 2087
                                              Assistant U.S. Attorney
                                              Chief, Civil Division
                                              53 Pleasant Street
                                              Concord, New Hampshire
                                              603-225-1552
                                              Rob.Rabuck@usdoj.gov